[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-11945
Non-Argument Calendar

_____

D.C. Docket No. 2:17-cr-00139-SPC-MRM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANCISCO QUINTERO-CORRAL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(January 22, 2019)

Before TJOFLAT, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Stephen Langs and the Federal Public Defender's Office, appointed counsel for Francisco Quintero-Corral in this direct criminal appeal, moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Quintero-Corral's conviction and sentence are **AFFIRMED**.